# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**FILED**

16 SEP 26 PM 2:48

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Bankruptcy Case No.:

Chapter No.:

Judge: Craig A. Gargotta

IN RE: **Mohammad H Gharbi and Fatemeh Gharbi** , Debtor(s)

# A16CV1100 LY

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

The undersigned hereby transmits (pursuant to FRBP 8007(b)) two copies of the following records for entry on the docket of the U.S. District Court. The following record on appeal being that of Mohammad H. Gharbi of the Order Denying Debtor's Motion to Order for Trustee to Pay or Settle the Unpaid Property Taxes Unpaid Home Owners Association Fees and Assestments as Secured Lien against Properties that are kept   entered on 07/26/2016:

|   |   |   |
|---|---|---|
|   | ☑ | Notice of Appeal, Order/Judgment, Certified Copy of Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
|   | ☐ | Items designated by Appellant |
|   | ☐ | Items designated by Appellee |
|   | ☑ | No designation of Record on Appeal Filed |
|   | ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
|   | ☐ | Additional Items: |

**REMARKS**:   The Required Filing Fees was NOT paid by the Appelant(s).

Dated:  9/26/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Anita Chapman , Deputy Clerk

[LtrTrnDc(BK)] [LtrTrnDcBKintp]



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 31, 2016.**

*Craig A. Gargotta*

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-11023-CAG |
| | § | |
| MOHAMMAD H. GHARBI and | § | CHAPTER 7 |
| FATEMEH GHARBI, | § | |
|     Debtors. | § | |

### ORDER GRANTING DEBTOR'S MOTION TO ACCEPT NOTICE/LATE NOTICE OF APPEAL (ECF NO. 677)

Before the Court is the Debtor's Motion to Accept Notice/Late Notice of Appeal (ECF No. 677). Upon consideration thereof, the Court finds that Bankruptcy Rule 8002(d)(1)(B) provides that time may be extended to file an appeal if filed within 21 days after the time prescribed by Rule 8002(a), if the party shows excusable neglect. Here, Debtor is appealing Order Denying Debtor's Motion to Order for Trustee to Pay or Settle the Unpaid Property Taxes, Unpaid Home Owner Association Fees and Assessment as Secure Lien Against Properties that are Kept as Assets of Bankruptcy Estate by the Trustee (ECF No. 674) which was entered on July 26, 2016. As such, an appeal would have been timely if filed by August 9, 2016 under Rule 8002(a). The appeal was

not filed until August 30, 2016, well within Rule 8002(d)(1)(B)'s additional 21 day time period. Further, Debtor has stated grounds for excusable neglect—particularly that he did not receive a copy of the order until August 9, 2016.

IT THEREFORE ORDERED that Debtor's Motion to Accept Notice/Late Notice of Appeal (ECF No. 677) is GRANTED.

# # #